

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2013

No. 04-12-00775-CV

**OIS INVESTMENTS INC.**,
Appellant

v.

**AAA FREE MOVE MINISTORAGE, LLC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 377499
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court